UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARISE SPINK, | ) | |
|         Plaintiff, | ) | |
| | ) | No. 1:19-cv-900 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| MIKE GAYLORD, et al., | ) | |
|         Defendants. | ) | |
| | ) | |

## JUDGMENT

In accordance with the opinion entered today (ECF No. 45), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

**Date:**  August 31, 2020                            /s/ Paul L. Maloney
                                                                               Paul L. Maloney
                                                                                United States District Judge